```
————— FILED ————— LODGED
————————RECEIVED

February 20, 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ————————————— DEPUTY
```

Magistrate Judge David W. Christel

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff<br><br>      v.<br><br>ANTONIO D SASSO,<br><br>                  Defendant. | NO.   MJ23-5052<br><br>ORDER AUTHORIZING DETENTION<br>PENDING INITIAL APPEARANCE |

To: The United States Marshal and any Authorized United States Officer:

      Based upon a review of a sworn complaint, the Court finds there is probable cause to believe the defendant ANTONIO SASSO has committed the following violations:

1. RCW 46.61.024 of the Penal Code of the State of Washington and Title 18, United States Code, Section 7(3) and (13).

2. Title 21 USC Section 844(a)

      It is therefore ORDERED:

      1.     You are directed to bring the defendant before the nearest United States Magistrate Judge, or other authorized judicial officer, for initial appearance as promptly as that hearing can be scheduled with the court.

ORDER FOR DETENTION PENDING APPEARANCE   - 1

2.     The defendant shall be held in custody pending that appearance.

_DW Christel_____

DAVID W. CHRISTEL
U.S. MAGISTRATE JUDGE

Presented By:

_s/Jocelyn Cooney_
JOCELYN COONEY
Assistant United States Attorney

ORDER FOR DETENTION PENDING APPEARANCE - 2